# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**SALVATORE CORDOVANO,**

    **Petitioner,**

**v.**                                      **CASE NO. 4:13-cv-392-MW/CAS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed August 20, 2013. The Court has also reviewed *de novo* Petitioner's Written Objection to the Report and Recommendation to Transfer §2254 Petition, ECF No. 11, filed September 6, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The case file and any service copies shall be **TRANSFERRED** to the United States District Court for the

1

Middle District of Florida, Tampa Division, for all further proceedings."

The Clerk shall close the file.

**SO ORDERED on September 9, 2013.**

**s/Mark E. Walker**
**United States District Judge**
